UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN WLECZYK

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 09-188-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 23, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of Michael J. Astrue, Commissioner of Social Security that the plaintiff experienced medical improvement related to his ability to work, and could engage in substantial gainful activity so he was no longer disabled as of November 29, 2006, will be affirmed and this action will be dismissed.

Baton Rouge, Louisiana, August 24, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA